

U.S. Department of Justice

Channing Phillips
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 30, 2021

**VIA USA-fx**
**Joseph Caleb**
Email: jcaleb@bcrlawfirm.com

      Re:    Discovery Production #13:
               United States v. Michael Wilkins; 1:19-cr-00390-RC

Dear Counsel:

I am writing to memorialize the production of the following materials in discovery:

**On USAFX:**

- Inglesideslim.lc@gmail.com (Google) (folder)
- **Sensitive** (folder)
- thereal_luckycharm (Instagram) (folder)
- Certificate Business Records.pdf
- FOREIGN_BUSINESS_RECORDS_CERTIFICATION (FBI DC)-signed.pdf
- luckychina91 at gmail - login log with ip address.txt
- Responsive Data-FBI DC-Subpoena (002).pdf
- Skip The Games (Ads).csv

There is a subfolder in this production that is clearly labeled as "**SENSITIVE**".  As detailed in the Protective Order, as Sensitive Material, it must be maintained in your custody and control.  While you may show these documents to the defendant, you may not allow the defendant to maintain copies or write down any personal identity information.  Furthermore, absent the Court's permission, you may not include this information in any public filings.

I will continue to provide ongoing discovery as appropriate. We will note in the defendant's file the date this discovery was sent to you.  The Government once again requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

2

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Amy Larson*

Amy Larson
Assistant United States Attorney
Phone: (202) 252-7863
Email: Amy.Larson2@usdoj.gov