**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 1:19-cr-00390-RC** |
| **MICHAEL WILKENS,** | |
| **Defendant** | |

**GOVERNMENT'S NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel, for the defendant, discovery in the above-mentioned case as outlined in the government's attached discovery letter dated April 2, 2021.

Respectfully submitted,

CHANNING PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:    */s// Amy E. Larson*

Amy E. Larson
Assistant United States Attorney
New York Bar Number 4108221
555 Fourth Street, N.W., Room 4832
Washington, D.C.  20530
Telephone: (202) 252-7863
Email: Amy.Larson2@usdoj.gov