## CCN #18098334 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Jun 17, 2018 05:33 | First District / 101 | Jun 17, 2018 05:03 - | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| Richard Parrish (#7259) – MPD | Clear |

**ASSISTING OFFICER (ASSIST TYPE)**
Brandon Gravesmill (#10797) (Other)

| TELETYPE DATE / TIME | TELETYPE # | PERSON NOTIFIED AT TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 PARRISH, RICHARD | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | White / Not Hispanic Or Latino | ▮▮▮ (Home Phone) | |

**HOME ADDRESS**
THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009   **Public/Private:** Private   **PSA:** 301   **District:** Third District

## INCIDENT INFO

**INCIDENT TYPE**
Pending Investigation

**INCIDENT LOCATION**
THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009   **Public/Private:** Private   **PSA:** 301   **District:** Third District   **Description:** Item seized for Pending Investigation; is being held at the 3D Station. MPD Youth Division, Human Trafficking Unit will pick up

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| | Inside |

**LOCATION DESCRIPTION**
Item seized for Pending Investigation; is being held at the 3D Station. MPD Youth Division, Human Trafficking Unit will pick up

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SUB-1 Wilkins, Michael Jabaar | ▮▮▮ 1983 |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black / Not Hispanic Or Latino | ▮▮▮ (Mobile Phone) | |

**HOME ADDRESS**
▮▮▮ NORFOLK, VA 23502

## WITNESSES

## PROPERTY & ITEMS

| STATUS / REASON FOR CUSTODY | DESCRIPTION | QTY. | DECLARED / FORFEITURE VALUE |
|---|---|---|---|
| Seized / Evidence | "Smart phone", ZTE | 1 | |

## CCN #18098334 – PUBLIC NARRATIVE

On the listed date and time, and at the listed location; MPD seized the listed property. C1 is known by the Ofc, to participate in the Prostitution/ Pandering Activities in the area of PSA 101 and 307. Ofc. Parrish is familiar with C1 and his associates.

## CCN #18098334 – INTERNAL NARRATIVE

The seized property is being held at 3D for the MPD Youth Division, Human Trafficking Unit (Det. T. Sullivan). At the request of Det. Sullivan and the FBI, the phone was taken; in order to facilitate the on-going investigation.

Lt. Whiteside was briefed and concurred with this action taken.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Richard Parrish (#7259)   06/17/2018 (e-signature) | Donna Allen (#2776)   06/17/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Richard Parrish (#7259) | Donna Allen (#2776) |

## APPROVAL HISTORY

Report Submitted by Richard Parrish (#7259)

Jun 17, 2018 05:51

--------------------------------------------------------------------------------

Report Completed by Donna Allen (#2776)

Jun 17, 2018 06:00

--------------------------------------------------------------------------------

Printed by Thomas Sullivan (#9000) – Cobalt Data Form v1.0 Generated at 04/05/2021 10:52                                                                 Pg. 2 of 10

On 1/10/2019, the Metropolitan Police Department realigned some police district and service area boundaries. The information in this report may reflect these updated boundaries.

## 18098334 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| RICHARD PARRISH | Otherwise Known | Michael Jabaar Wilkins |

## CCN #18098334 Report Attachments

## Officer RICHARD PARRISH



**RICHARD PARRISH**
TRUE NAME

DATE OF BIRTH / AGE RANGE        PDID # / FBI #                    CAUTIONS

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | ▮▮▮▮▮ (Home Phone) |
| RACE / ETHNICITY | White / Not Hispanic Or Latino | ADDRESS (HOME) | THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009<br>PSA: 301<br>District: Third District<br>Private |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | | |
| MARITAL STATUS | | ADDRESS (WORK) | |
| SSN # | | EMERGENCY CONTACT | |
| DRIVER'S LICENSE | ▮▮▮▮▮ Virginia Any Regular Or Standard Driver's License Issued For The Operation Of Automobiles And Light Trucks By States That Separate These Vehicles From Class "c". Other Class Designation Codes Such As "d", "r" And Others May Be Used By States To Indicate A Regular D Current/ Valid Other Non-commercial License Endorsements ( e.g.; Motorcycle, Etc.) | RESIDENT OF JURIS | |
| | | MILITARY SERVICES | |
| | | EMPLOYMENT | |
| | | CLOTHING | |
| HEIGHT | | | |
| WEIGHT | | | |
| SKIN TONE | | | |
| EYES | | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

# Michael Jabaar Wilkins



**Michael Jabaar Wilkins**
TRUE NAME
MICHAEL JABAAR WILKINS

| | | |
|---|---|---|
| DATE OF BIRTH / AGE RANGE | PDID # / FBI | CAUTIONS |
| 1983 | 656927 | |

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | A 1983 | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black / Not Hispanic Or Latino | ADDRESS (HOME) | NORFOLK, VA 23502 |
| MAIDEN NAME | | ADDRESS (WORK) | |
| NEEDS INTERPRETER | | EMERGENCY CONTACT | |
| LANGUAGES SPOKEN | | RESIDENT OF JURIS | |
| MARITAL STATUS | | MILITARY SERVICES | |
| SSN # | | EMPLOYMENT | |
| DRIVER'S LICENSE | Virginia None Revoked | CLOTHING | |
| HEIGHT | 6 ft 2 in | | |
| WEIGHT | 280 lbs | | |
| SKIN TONE | Dark | | |
| EYES | Brown | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Heavy | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

## "Smart phone", ZTE

| | |
|---|---|
| ITEM CATEGORY | Cell Phone |
| OWNER | Michael Jabaar Wilkins |
| DECLARED VALUE | |
| FORFEITURE VALUE | |

DESCRIPTION
"Smart phone", ZTE

## ITEM / PROPERTY INFO

| | | | |
|---|---|---|---|
| COLOR | Black | PROPERTY STATUS | IN_POLICE_CUSTODY Seized (06/17/2018) |
| SECONDARY COLOR | | REASON FOR CUSTODY | Evidence |
| QUANTITY | 1 | NCIC SEARCH # | |
| SIZE | 3"x7" | NCIC # | |
| SERIAL # | N/A | DATE RECOVERED | Jun 17, 2018 |
| BIOHAZARD | No | RECOVERING OFC. | Richard Parrish (#7259) |
| | | RECOVERING PERSON | Richard Parrish |

RECOVERED ADDRESS: THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009
PSA: 301
District: Third District
Private
Position: Inside
Description: Cell phone was recovered from the scene of an arrest at 1000 block of 9th Street, and taken to the 3D Station

OWNER: Michael Jabaar Wilkins
OWNER NOTIFIED: Yes
DATE / TIME NOTIFIED: Jun 17, 2018 05:45
NOTIFIER NAME: Richard Parrish
STORAGE FACILITY:
LOCATION:
INTAKE PERSON:
LOG BOOK # / PG.: /
LOGBOOK LOCATION:
CLAIMANT:
DATE CLAIMED:

STATEMENT OF FACTS: The Owner (C1) was arrested for No Permit, and his cell phone was taken regarding an ongoing investigation into the Prostitution and Pandering occurring in PSA 101 and 307.

## CCN #18098334 – Report History

AUTHORS

Richard Parrish (#7259)

---

**S User** added **On 1/10/2019, the Metropolitan Police Department realigned some police district and service area boundaries. The information in this report may reflect these updated boundaries.**
Jan 10, 2019 5:00

---

**Richard Parrish (#7259)** changed **RICHARD PARRISH**
Aug 14, 2020 09:03

ETHNICITY   Not Hispanic Or Latino

RACE   White

---

**EIN WILLIAMS (#9403)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Jul 25, 2020 00:07

LOCATION PROPERTY TYPE   Public

---

**EIN WILLIAMS (#9403)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Jul 25, 2020 00:07

LOCATION PROPERTY TYPE   Private

---

**Kaseem Fitzpatrick (#9500)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
May 20, 2020 21:01

LOCATION PROPERTY TYPE   Public

---

**Kaseem Fitzpatrick (#9500)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
May 20, 2020 21:01

LOCATION PROPERTY TYPE   Private

---

**GEORGE TAYLOR (#2037)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Apr 08, 2020 20:33

LOCATION PROPERTY TYPE   Public

---

**GEORGE TAYLOR (#2037)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Apr 08, 2020 20:33

LOCATION PROPERTY TYPE   Private

---

**Aulio Angulo (#8299)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Dec 22, 2019 10:49

LOCATION PROPERTY TYPE   Public

---

**Aulio Angulo (#8299)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Dec 22, 2019 10:49

LOCATION PROPERTY TYPE   Private

🔗 **Kenneth Dunn (#2610)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Oct 08, 2019 08:17
LOCATION PROPERTY TYPE    Public

🔗 **Kenneth Dunn (#2610)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Oct 08, 2019 08:17
LOCATION PROPERTY TYPE    Private

🔗 **Andrew Dexter (#11883)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Sep 01, 2019 13:33
LOCATION PROPERTY TYPE    Public

🔗 **Andrew Dexter (#11883)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Sep 01, 2019 13:33
LOCATION PROPERTY TYPE    Private

🔗 **Lashonda Hart (#3002)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Aug 29, 2019 10:05
LOCATION PROPERTY TYPE    Public

🔗 **Lashonda Hart (#3002)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Aug 29, 2019 10:05
LOCATION PROPERTY TYPE    Private

🔗 **Jarrin Moore (#11540)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Feb 09, 2019 02:03
PSA    307

🔗 **Jarrin Moore (#11540)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Feb 09, 2019 02:03
PSA    301

🔗 **Warren Mayo (#4111)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Feb 09, 2019 01:39
PSA    307

🔗 **Warren Mayo (#4111)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**
Feb 09, 2019 01:39
PSA    301

🔗 **Redistrict User** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jan 13, 2019 17:47

DISTRICT    Third District

---

**Redistrict User** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jan 13, 2019 17:47

PSA    301

---

**Redistrict User** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jan 13, 2019 17:47

DISTRICT    Third District

---

**Redistrict User** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jan 13, 2019 17:47

PSA    301

---

**Matthew Zechman (#10284)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jul 01, 2018 23:18

LOCATION PROPERTY TYPE    Public

---

**Matthew Zechman (#10284)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jul 01, 2018 23:18

LOCATION PROPERTY TYPE    Private

---

**Amanda Vamos (#7340)** removed attribute from **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jun 19, 2018 22:03

LOCATION PROPERTY TYPE    Public

---

**Amanda Vamos (#7340)** added attribute to **THIRD DISTRICT POLICE STATION, 1620 V STREET NW, WASHINGTON, DC 20009, UNITED STATES**

Jun 19, 2018 22:03

LOCATION PROPERTY TYPE    Private

---

**Brandon Gravesmill (#10797)** changed **Michael Jabaar Wilkins**

Jun 17, 2018 06:01

STATE ID NUMBER    ~~DC656927~~ 656927

---

APPROVED by **Donna Allen (#2776)**

Jun 17, 2018 06:00

---

**Richard Parrish (#7259)** submitted the report for approval

Jun 17, 2018 05:51