**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 19-cr-390 (RC)
:
MICHAEL JABAAR WILKINS, :
:
Defendant. :

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **December 2, 2021 at 10:00 AM**;
2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **October 21, 2021**;
3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **November 4, 2021**;
4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **November 19, 2021**; and
5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **November 24, 2021** with all responses (if any) due by **November 29, 2021**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: July 21, 2021

RUDOLPH CONTRERAS
United States District Judge