CO 526 Rev 5/2018

FILED
JUL 21 2021
Clerk, U.S. District and Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Criminal Case No.: 19-390 (RC) |
| Michael Jabaar Wilkins | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:
_____
Assistant United States attorney

Approved:
_____
Rudolph Contreras
United States District Judge

Date: July 21, 2021