# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>V.<br><br>MICHAEL JABAAR WILKINS<br>Defendant, | No. 19-CR-390<br><br>RECEIVED<br>Mailroom<br><br>JUN 23 2025<br><br>Angela D. Caesar, Clerk of Clerk<br>U.S. District Court, District of Columbia<br><br>Judge Rudolph Contreras<br>Status Date: Jun. 17, 2025 |

## MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION TO CLARIFY UNSEAL EX PARTE TRANSCRIPTS

Defendant, Michael Wilkins is making a general request that the courts unseal ex parte transcripts on July 15, 2021 and Aug. 31, 2021, without redactions. Also, as a preliminary matter Wilkins respectfully request that this court be mindfull that Pro'se pleadings are to be construed liberally. See Rogers V. Boatright 709 F.3d 403 (5th cir. 2013); and Haines V. Kerner, 404 U.S. 519, 520 (1972)

## FACTS

On 4-5-23, Wilkins was sentence to 240 months for count 1 18 U.S.C. § 1591 (a)(1)(B)(1). On 1-22-25 Wilkins Notice of appeal was denied. Wilkins is now in the beginning stages of exercising his rights to U.S.C. § (2255) motion to vacate, set aside, or correct a sentence by a person in Federal custody in a fashionable Before 1-22-26, which is the deadline.

## ARGUMENT

Before I the defendant Michael Wilkins proceed in my 2255 motion. I need ex parte transcripts on July 15, 2021 and Aug. 31, 2021 to be unsealed.

The sealed material is a very extricate part of me establishing ineffective-assistance of counsel. The record is incomplete and before I can even begin this process I need this matter resolve.

## CONCLUSION

For all these reason, Michael Wilkins respectfully request that the courts send me unsealed parts of the sealed ex.parte transcripts or grant me counsel, so I can have access to extricate material and resourcess moving forward in my 2255 motion

Respectfully submitted

Date: Jun. 17, 2025