**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Criminal Division—Felony Branch**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 19-cr-390 (RC)** |
| | **:** | |
| **MICHAEL WILKINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S MOTION FOR A SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to enter a scheduling order governing the government's response to defendant's *pro se* motion filed under 28 U.S.C. § 2255. ECF 160.

1. The defendant filed a motion pursuant to 28 U.S.C. § 2255 on or about February 13, 2026.

2. The Court has not yet directed the government to respond or set a deadline.

3. The government respectfully requests that the Court allow 60 days from the date of the Court's order for the government to file its response.

For these reasons, the government respectfully requests that the Court enter a scheduling order allowing the government 60 days from the date of the Court's order to file its response to the defendant's § 2255 motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

KACIE M. WESTON
Assistant United States Attorney
Chief, Special Proceedings Division

THOMAS STUTSMAN
Assistant United States Attorney
Deputy Chief, Special Proceedings Division

By:    /s/ *Kamilah House*
       Kamilah House
       Assistant United States Attorney
       D.C. Bar No. 981377
       U.S. Attorney's Office
       601 D Street, NW
       Washington, D.C. 20530
       (202) 252-6899
       Kamilah.House@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first-class mail upon defendant, on June 8, 2026, at the following address:

Michael Wilkins
Reg. No. 94501-007
F.C.I. McDowell
P.O. Box 1009
Welch, WV 24801

/s/Kamilah O. House
ASSISTANT UNITED STATES ATTORNEY